# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1606. JAMICE TURNER v. IB PROPERTY HOLDINGS, LLC.**

This case originated as a dispossessory proceeding in magistrate court. The magistrate court granted a writ of possession to IB Property Holdings, LLC and dismissed Jamice Turner's counterclaim for wrongful foreclosure. Turner appealed the magistrate court's decision to the superior court. On March 9, 2012, the superior court dismissed Turner's appeal. Turner then filed a notice of direct appeal to this Court. We, however, lack jurisdiction.

The order at issue disposes of a de novo appeal from a magistrate court decision. Accordingly, Turner was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). For this reason, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/02/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*